**Electronically Filed**
**Supreme Court**
**SCWC-13-0001479**
**08-APR-2015**
**08:12 AM**

SCWC-13-0001479

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

———————————————————————————

LIONEL LETOTO,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI‘I,
Respondent/Respondent-Appellee.

———————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001479; S.P.P. NO. 12-1-0051; FC-CR. NO. 06-1-0017)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on February 24, 2015, is hereby rejected.

DATED:  Honolulu, Hawai‘i, April 8, 2015.

Lionel Letoto                    /s/ Mark E. Recktenwald
petitioner/petitioner-
appellant pro se                 /s/ Paula A. Nakayama

                                 /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson

